# Court of Appeals
# of the State of Georgia

ATLANTA,   April 04, 2014

*The Court of Appeals hereby passes the following order:*

**A14D0298.  RONALD MCDOUGLER v. THE STATE.**

Ronald McDougler was convicted of two counts of sale of cocaine and two counts of possession of cocaine in 2009.  McDougler's convictions were affirmed on appeal, but this Court vacated the trial court's denial of the defendant's speedy trial claim and remanded the case for the entry of a proper order on that issue.  See *McDougler v. State*, 232 Ga. App. 828 (748 SE2d 475) (2013).  After the remittutur, the trial court entered its order denying McDougler's speedy trial claim on November 21, 2013.  On March 24, 2014, McDougler filed a "Motion for Discretionary (Out of Time) Appeal.  We lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d).  A party's failure to meet this statutory deadline deprives us of jurisdiction to consider the application. *Wilson v. Carver*, 252 Ga. App. 174 (555 SE2d 848) (2001).  While this Court is authorized to grant an extension of time for the filing of an application for discretionary appeal, requests for extensions must be filed "on or before the due date of the discretionary application." Court of Appeals Rule 31 (g).  Otherwise, this Court lacks the authority to grant the request.  See *Gable v. State*, 290 Ga. 81, 85 (2) (a) (720 SE2d 170) (2011); OCGA § 5-6-39 (d).

Because McDougler did not file a request for an extension within 30 days of entry of the order denying his motion to dismiss based upon the violation of his constitutional right to a speedy trial, no out-of-time application is permitted. Accordingly, this application is DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __04/04/2014__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*